UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORMAN CRONEY,

              Plaintiff,

          -v-                      9:23-CV-1188 (DNH/PJE)

D. RUSSELL and D. MYATT,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On September 18, 2023, *pro se* plaintiff Norman Croney ("plaintiff"), an inmate in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"), filed this 42 U.S.C. § 1983 action alleging that DOCCS officials violated his constitutional rights. Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. Nos. 2, 3.

On October 6, 2023, this Court granted plaintiff's IFP Application and, after conducting an initial review of the pleading, determined that plaintiff's excessive force, retaliation, and invasion-of-privacy claims against defendants Myatt and Russell survived initial review and required a response. Dkt. No.

4.   Thereafter, defendants answered the complaint, Dkt. No. 31, conducted some discovery, *see* Dkt. No. 52, and moved for summary judgment, Dkt. No. 55.   That motion was fully briefed and referred to the assigned magistrate judge for review and a decision.  Dkt. Nos. 60, 61.

On February 17, 2026, U.S. Magistrate Judge Paul J. Evangelista advised by Report & Recommendation ("R&R") that defendants' motion for summary judgment be denied without prejudice and that the Court hold an exhaustion hearing.  Dkt. No. 64.

Neither party has lodged objections, and the time period in which to do so has expired.  *See* Dkt. No. 64.  Upon review for clear error, the R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 64) is ACCEPTED;

2.  Defendant's motion for summary judgment (Dkt. No. 55) is DENIED;

3.  This matter is REFERRED to Judge Evangelista to conduct an appropriate hearing on the exhaustion issue and any related matters, and for any further action he deems appropriate under the circumstances.

The Clerk of the Court is directed to terminate the pending motions.

IT IS SO ORDERED.

Dated:  March 11 , 2026
        Utica, New York.

David N. Hurd
U.S. District Judge